UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **GOSHERT ENTERPRISES, INC.,** | ) | |
| **dba BIZWARE SOLUTIONS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 3:03cv0139 AS |
| | ) | |
| **SILVEUS INSURANCE GROUP, INC.,** | ) | |
| **STEVE SILVEUS INSURANCE** | ) | |
| **AGENCY, INC.,** | ) | |
| **STEVE SILVEUS INSURANCE, INC.,** | ) | |
| **STEVEN R. SILVEUS,** | ) | |
| **SCOTT SILVEUS INSURANCE, INC.,** | ) | |
| **SCOTT SILVEUS,** | ) | |
| **SILVEUS CROP INSURANCE, INC.,** | ) | |
| **JAMES CAMERON SILVEUS,** | ) | |
| **SILVEUS ENTERPRISES, INC.,** | ) | |
| **TYLER SILVEUS,** | ) | |
| **R. J. SWANSON, INC.,** | ) | |
| **RANDOLPH J. SWANSON,** | ) | |
| **APPLIED SOLUTIONS, INC.,** | ) | |
| **MICHAEL W. COCKS,** | ) | |
| **C. M. McCRAY, INC.,** | ) | |
| **CHRISTIAN McCRAY,** | ) | |
| | ) | |
| **Defendants** | ) | |

*MEMORANDUM AND ORDER*

This court has only one week of days beginning November 14, 2005 for this trial and no more. This court is currently inundated with criminal cases and the terribly time-consuming processes of sentencing and re-sentencing. If this case is not ready to go to the jury by Friday, November 18, 2005, the proceedings will simply have to be set aside and the

case reset for very late in the year 2006. This court is very concerned with regard to the very extensive revised proposed pretrial order submitted October 21, 2005. Therefore, <u>all</u> trial counsel are now **ORDERED** to meet personally in South Bend, Indiana or at some other convenient location in this district to engage in the process of stipulating to evidence about which there is no dispute. This court will not approve the revised proposed pretrial order until it is satisfied that such meeting has taken place. If there are legitimate objections to the massive array of exhibits referred to in the revised proposed pretrial order, those objections <u>must</u> be in writing filed in advance of the trial. Jury selection in this case will not commence on November 14, 2005 unless the provisions of this order have been fully complied with.

**IT IS SO ORDERED**.

    **DATED:** October 27, 2005

                                                **S/ ALLEN SHARP**
                                                **ALLEN SHARP, JUDGE**
                                                **UNITED STATES DISTRICT COURT**